No. 32, Orig. MISSOURI *v.* NEBRASKA. Motion for leave to file bill of complaint granted and the State of Nebraska allowed sixty days to answer.

IT IS ORDERED that Honorable Gilbert H. Jertberg, Senior Judge for the United States Court of Appeals for the Ninth Circuit be, and he is hereby, appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court hereafter may direct.

IT IS FURTHER ORDERED that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein.

*Norman H. Anderson,* Attorney General of Missouri, and *Brick P. Storts III* and *Howard L. McFadden,* Assistant Attorneys General, on the motion. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Howard H. Moldenhauer* and *Joseph R. Moore,* Special Assistant Attorneys General, for defendant in opposition.


No. 689, Misc. JACKOVICK *v.* RHAY, PENITENTIARY SUPERINTENDENT. D. C. E. D. Wash. Motion for leave to file petition for writ of certiorari and other relief denied.